

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-16-2003

# Garay-Mendoza v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2840

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Garay-Mendoza v. Atty Gen USA" (2003). *2003 Decisions.* Paper 364.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/364

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos.  02-2840 & 03-1347
_____

ORLANDO GARAY-MENDOZA,

Petitioner

v.

JOHN ASHCROFT,
ATTORNEY GENERAL,

Respondent

_____

On Petition for Review of Order of the
Board of Immigration Appeals
(Agency No. A 42 287 750)
_____

Argued: May 20, 2003

Before: SCIRICA, <u>Chief Judge</u>, NYGAARD and BECKER,
<u>Circuit Judges</u>.

(Opinion Filed July 11, 2003)
_____

ORDER AMENDING OPINION
_____

The opinion filed July 11, 2003 in the above case is hereby amended as follows:

1.      On page 4, line 8, remove "App. At 38.".

2.     On page 4, the last line of text, "8 USC" should read "8 U.S.C.".

3.     On page 5, line after "status" add "and make Garay deportable".

4.     On page 5, linen 4 and line 8, "8 USC" should read "8 U.S.C.".

5.     On page 5, footnote 4, in the quoted section following (B), the "t" in "the" should be lower case.

6.     On page 6, line 8, the "(A)" should be deleted from the cite.

7.     On page 6, line 11, add a comma after "residence".

8.     On line 6, line 19, the "(A)" should be deleted from the cite.

9.     On page 7, line 9, "8 USC" should read "8 U.S.C.".

10.    On page 7, line 14, add a colon after "where".

11.    On page 8, line 2, add a comma after "residence".

12.    On page 8, line 9, "8 USC" should read "8 U.S.C." and the "(A)" should be removed from the cite.

13.    On page 8, line 10, "8 USC" should read 8 U.S.C.".

14.    On page 8, line 14, add a "." to the ellipses.

15.    On page 8, three lines from the bottom, "USC" should read "U.S.C."

16.    On page 9, line 13, the cite should read "1186a©)(4).".

BY THE COURT:


/s/ Edward R. Becker___
Circuit Judge

DATED: July 15, 2003